UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES JOHSNON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2773** |
| **PPI TECHNOLOGY SERVICES LP, ET AL.** | **SECTION "R" (3)** |

### O R D E R

The Court, having considered the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that PPI Technology Services, L.P.'s Objections to Rule 26 Initial Disclosures (R. Doc. 65) are hereby overruled.

**IT IS FURTHER ORDERED** that the Objections by GlobalSanteFe Services Inc. and Transocean Ltd. to Rule 26 Initial Disclosures (R. Doc 69) are hereby sustained.

New Orleans, Louisiana, this  7th  day of November, 2012.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE